1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT SMITH, | ) | Case No. CV 12-1679 RGK(JC) |
| Petitioner, | ) ) | (~~PROPOSED~~) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| MATTHEW CATE, et al., | ) ) | |
| Respondents. | ) ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition and all documents submitted in support of, and in opposition thereto, and all of the records in this case, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

1  IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is
2 granted and that Judgment be entered dismissing the Petition with prejudice as
3 time-barred.
4  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
5 Report and Recommendation, and the Judgment herein on petitioner and counsel
6 for respondents.
7  LET JUDGMENT BE ENTERED ACCORDINGLY.

9 DATED: June 12, 2013

*Gary Klausner*

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE