UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELBERT J. SMITH, | ) | Case No. CV 12-1679 RGK(JC) |
| Petitioner, | ) | (~~PROPOSED~~) |
| v. | ) | JUDGMENT |
| MATTHEW CATE, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: June 12, 2013

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE